**1352**

scribed by Rule 45(d) and (c), F.R. Crim.P. But at the September 9 hearing no objection was made on that ground. Such an objection was made on September 14, and a further hearing was had on September 14 and 17. There was no further objection on that ground. We find no prejudicial error. See Bacon v. United States, *supra;* Russo v. United States, *supra;* United States v. Weinberg, *supra,* 439 F.2d at 746–747.

The order appealed from is affirmed. The government's motion to reconsider our order granting appellant's motion for release pending appeal is granted, and that order, filed on September 28, 1971, is revoked, effective when the mandate issues. The mandate shall issue forthwith.

Tom Upchurch, James D. Durham, Jr., Amarillo, Tex., for defendant-appellant.

Eldon B. Mahon, U. S. Atty., W. E. Smith, Asst. U. S. Atty., Ft. Worth, Tex., for plaintiff-appellee.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Irvin Raymond ROBERTSON, a/k/a Ray Robertson, Defendant-Appellant.**

**No. 71–1898**
**Summary Calendar.**\*

United States Court of Appeals, Fifth Circuit.

Nov. 18, 1971.

Rehearing Denied Dec. 8, 1971.

**Luther Wesley WILSON, Appellant,**

v.

**Maurice SIGLER, Warden, Appellee.**

**No. 71–1079.**

United States Court of Appeals, Eighth Circuit.

Oct. 26, 1971.

---

\* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.